B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Colorado

In re **Jaime Antonio Cueva**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AV Distributing, Inc.<br>1299 Brentwood Way<br>Denver, CO 80232 | AV Distributing, Inc.<br>1299 Brentwood Way<br>Denver, CO 80232 | Trade Debt | Disputed | 125,606.47 |
| Bakemark<br>PO Box 1027<br>Menomonee Falls, WI 53052 | Bakemark<br>PO Box 1027<br>Menomonee Falls, WI 53052 | Trade debt | | 92,544.49 |
| Campesino/ Colo Ranchers Dairy<br>10705 E. 51st Ave.<br>Denver, CO 80239 | Campesino/ Colo Ranchers Dairy<br>10705 E. 51st Ave.<br>Denver, CO 80239 | Trade debt | | 107,033.72 |
| Chase Bank N.A.<br>PO Box 78039<br>Phoenix, AZ 85062-8039 | Chase Bank N.A.<br>PO Box 78039<br>Phoenix, AZ 85062-8039 | Line of credit | | 131,570.00 |
| Festival Plaza<br>3220 W. Colfax Ave.<br>Denver, CO 80204 | Festival Plaza<br>3220 W. Colfax Ave.<br>Denver, CO 80204 | Landlord-MP6 | | 343,256.84 |
| Forwardline<br>21700 Oxnard Blvd., Ste. 1450<br>Woodland Hills, CA 91367 | Forwardline<br>21700 Oxnard Blvd., Ste. 1450<br>Woodland Hills, CA 91367 | Trade debt | | 153,355.79 |
| Frito Lay<br>75 Remittance Drove, Ste. 1217<br>Chicago, IL 60675 | Frito Lay<br>75 Remittance Drove, Ste. 1217<br>Chicago, IL 60675 | Trade debt | | 57,021.65 |
| Fruitmex, LLC<br>125 N. Stevens St.<br>El Paso, TX 79905 | Fruitmex, LLC<br>125 N. Stevens St.<br>El Paso, TX 79905 | Trade debt | | 154,189.42 |
| G&I Seafood Wholesale<br>648 Stanford Ave.<br>Los Angeles, CA 90021 | G&I Seafood Wholesale<br>648 Stanford Ave.<br>Los Angeles, CA 90021 | Trade debt | | 57,218.15 |
| Grande Produce Ltd. Co.<br>109 W. Dicker Rd.<br>San Juan, TX 78589 | Grande Produce Ltd. Co.<br>109 W. Dicker Rd.<br>San Juan, TX 78589 | Trade debt | | 65,151.25 |
| Harvest Meat Company<br>4475 E. 50th Ave.<br>Denver, CO 80216 | Harvest Meat Company<br>4475 E. 50th Ave.<br>Denver, CO 80216 | Business guaranty | | 472,920.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   **Jaime Antonio Cueva**                                                   Case No.
                           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| JPMorgan Chase Bank NA<br>50 S. Main Street 9th Floor<br>OH2-AK04<br>Akron, OH 44308-1828 | JPMorgan Chase Bank NA<br>50 S. Main Street 9th Floor<br>OH2-AK04<br>Akron, OH 44308-1828 | **Business guaranty** | | 2,198,951.00 |
| Meadow Gold Dairies<br>PO Box 710962<br>Denver, CO 80271 | Meadow Gold Dairies<br>PO Box 710962<br>Denver, CO 80271 | **Trade debt** | | 147,510.63 |
| Mojave Foods Corp. - El Guapo<br>2341 Collections Center Drive<br>Chicago, IL 60693 | Mojave Foods Corp. - El Guapo<br>2341 Collections Center Drive<br>Chicago, IL 60693 | **Trade debt** | | 125,783.51 |
| MP-8-Cagan Mgmt. c/o Banco Popular<br>16554 Cagan Crossings Blvd. #4<br>Clermont, FL 34714 | MP-8-Cagan Mgmt. c/o Banco Popular<br>16554 Cagan Crossings Blvd. #4<br>Clermont, FL 34714 | **Landlord** | | 173,923.26 |
| Safeway, Inc.<br>4834 Collections Center Drvie<br>Chicago, IL 60693 | Safeway, Inc.<br>4834 Collections Center Drvie<br>Chicago, IL 60693 | **Business guaranty** | | 552,299.07 |
| Shanghai Land Invetment/Festival<br>Carrie Gruntorad<br>3220 Colfax Ave.<br>Denver, CO 80204 | Shanghai Land Invetment/Festival<br>Carrie Gruntorad<br>3220 Colfax Ave.<br>Denver, CO 80204 | **Trade debt** | | 236,743.07 |
| Sunrise Partners, LLC<br>4949 N. Broadway #105<br>Boulder, CO 80304 | Sunrise Partners, LLC<br>4949 N. Broadway #105<br>Boulder, CO 80304 | **Landlord-MP2** | | 119,171.89 |
| Tijuana's Produce, Inc.<br>PO Box 21413<br>Los Angeles, CA 90021 | Tijuana's Produce, Inc.<br>PO Box 21413<br>Los Angeles, CA 90021 | **Trade debt** | | 92,632.22 |
| Vend Lease Company<br>8100 Sandpiper Circle, Ste. 300<br>Nottingham, MD 21236 | Vend Lease Company<br>8100 Sandpiper Circle, Ste. 300<br>Nottingham, MD 21236 | **Business guaranty** | | 139,779.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Jaime Antonio Cueva**                                                                        Case No.
                                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Jaime Antonio Cueva**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 12, 2015**                          Signature   **/s/ Jaime Antonio Cueva**
                                                                 **Jaime Antonio Cueva**
                                                                 Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                            18 U.S.C. §§  152 and 3571.