B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Colorado

In re  __Jaime Antonio Cueva__                                    Case No.   __15-11350 HRT__
_____               _____
                                    Debtor(s)            Chapter    __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | **2013 Gross joint revenues from operation of business and employment was $374,570; adjusted joint gross income was <$996,008>:** |
| $0.00 | **2014 Joint gross income from operation of business and employment estimated as equivalent to 2013** |
| $40,000.00 | **2015 Year to date gross revenues from operation of business and employment** |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$164,800.00** | **2013 retirement distribution** |

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Safeway, Inc., vs. Mi Pueblo Latin Market, Inc., et al., Case No 14CV30636** | **Collection** | **District Court City and County of Denver, Colorado** | **Judgment** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**10.  Other transfers**

None
■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Chase Bank** | **Checking accounts** | **Closed February 2015** |

**12.  Safe deposit boxes**

None
☐
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| **First Bank** | **Debtor and his spouse** | **Wills and birth certificates** | **None** |

**13.  Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

**15. Prior address of debtor**

None
■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                      NAME USED                          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                         DOCKET NUMBER                    STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Mi Pueblo Latin Market, Inc. 50%** | 84-1541403 | **15421 E. Batavia Drive Aurora, CO 80011** | **Grocery stores** | **1999 to present** |
| **El Pelicano Restaurant 100%** | 65-1258398 | **15355 E. Colfax Ave. E-2 Aurora, CO 80011** | **Restaurant (sole proprietorship)** | **2005 to present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ryan, Gunsauls & O'Donnell, LLC 5590 E Yale Ave., Ste. 201 Denver, CO 80222** | **2010-2014** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                            DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS |
|---|---|
| **Jaime Antonio Cueva** | **18142 E. Adriatic Pl**<br>**Aurora, CO 80013** |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                            DATE ISSUED

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY       INVENTORY SUPERVISOR       DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS           NATURE OF INTEREST          PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS           TITLE          NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME           ADDRESS          DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS           TITLE          DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR       DATE AND PURPOSE
OF WITHDRAWAL       AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

B7 (Official Form 7) (04/13)
8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **March  1, 2015**                          Signature    **/s/ Jaime Antonio Cueva**
                                                            **Jaime Antonio Cueva**
                                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Colorado

In re    **Jaime Antonio Cueva**                                                      ,    Case No.   **15-11350 HRT**

Debtor                                    Chapter                              **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 222,500.00 | | |
| B - Personal Property | Yes | 3 | 35,513.19 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,436,181.53 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 4,035,050.13 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 15,374.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 11,622.72 |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| | | Total Assets | 258,013.19 | | |
| | | Total Liabilities | | 6,471,231.66 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Colorado

In re __Jaime Antonio Cueva_____ ,
Debtor

Case No. __15-11350 HRT_____

Chapter _____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Jaime Antonio Cueva**                                                    ,         Case No.    **15-11350 HRT**
                                                                                     Debtor

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence at 18142 E. Adriatic Place, Aurora, CO 80013** | **Fee simple** | **J** | 142,500.00 | 161,036.24 |
| **Land at 1950 Tower Road, Aurora, CO 80011** | **Fee simple** | **J** | 80,000.00 | 2,263,342.83 |

|  |  |  |
|---|---|---|
| Sub-Total > | **222,500.00** | (Total of this page) |
| Total > | **222,500.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re __Jaime Antonio Cueva_____,    Case No. __15-11350 HRT_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash in Debtor's possession** | J | 250.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Vectra Bank checking account** | J | 570.20 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Interest in king bed, two night stands, dresser, mirror, armoir and bench $1,500; 32 inch tv $350; queen bed, night stand and dresser $700; closet $100; queen bed, nightstand, dresser and armoir $800; patio table, 6 chairs, umbrella and bbq $2,000; couch, loveseat, chair, two end tables and 60 inch tv $2,000; couch, loveseat and three tables $2,000; table and 8 chairs $1,200; buffet table $500; sectional couch $900; entertainment center $300; 60 inch tv $250 (replacement value).** | J | 6,300.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Interest in books, photographs, prints and pictures** | - | 250.00 |
| 6. | Wearing apparel. | | **Men's clothing** | H | 1,200.00 |
| 7. | Furs and jewelry. | | **Watch $250; bracelet $500; wedding ring $600.** | H | 1,350.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Ameritas Life Insurance, no cash value.** | - | 0.00 |

Sub-Total >    9,920.20

(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jaime Antonio Cueva**                                                                    Case No.    **15-11350 HRT**
                                                                            ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA with Compass Investment Solutions.** | **-** | **9,392.99** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **El Pelicano Restaurant 100%** | **-** | **Unknown** |
| | | **50% interest in Mi Pueblo Latin Market** | **J** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **9,392.99**
(Total of this page)

Sheet    **1**    of    **2**    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jaime Antonio Cueva**                                          ,          Case No.   __15-11350 HRT__
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Mercedes Benz** | **-** | **15,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desk, chair, lap top.** | **J** | **1,200.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Two dogs, 1 bird, and three goldfish.** | **J** | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **16,200.00** |
| (Total of this page) | |
| Total > | **35,513.19** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Jaime Antonio Cueva**                                              ,    Case No.    **15-11350 HRT**
                                                                  Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **Residence at 18142 E. Adriatic Place, Aurora, CO 80013** | Colo. Rev. Stat. §§ 38-41-201(1)(a), 38-41-201.6, 38-41-202 | 60,000.00 | 285,000.00 |
| **Household Goods and Furnishings** <br> **Interest in king bed, two night stands, dresser, mirror, armoir and bench $1,500; 32 inch tv $350; queen bed, night stand and dresser $700; closet $100; queen bed, nightstand, dresser and armoir $800; patio table, 6 chairs, umbrella and bbq $2,000; couch, loveseat, chair, two end tables and 60 inch tv $2,000; couch, loveseat and three tables $2,000; table and 8 chairs $1,200; buffet table $500; sectional couch $900; entertainment center $300; 60 inch tv $250 (replacement value).** | Colo. Rev. Stat. § 13-54-102(1)(e) | 3,000.00 | 12,600.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> **Interest in books, photographs, prints and pictures** | Colo. Rev. Stat. § 13-54-102(1)(c) | 250.00 | 500.00 |
| **Wearing Apparel** <br> **Men's clothing** | Colo. Rev. Stat. § 13-54-102(1)(a) | 1,200.00 | 1,200.00 |
| **Furs and Jewelry** <br> **Watch $250; bracelet $500; wedding ring $600.** | Colo. Rev. Stat. § 13-54-102(1)(b) | 1,350.00 | 1,350.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> **IRA with Compass Investment Solutions.** | Colo. Rev. Stat. § 13-54-102(1)(s) | 9,392.99 | 9,392.99 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **2008 Mercedes Benz** | Colo. Rev. Stat. § 13-54-102(1)(j)(I) | 3,197.54 | 15,000.00 |
| **Office Equipment, Furnishings and Supplies** <br> **Desk, chair, lap top.** | Colo. Rev. Stat. § 13-54-102(1)(i) | 1,200.00 | 1,200.00 |

| | Total: | 79,590.53 | 326,242.99 |
|---|---|---|---|

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __Jaime Antonio Cueva__                        Case No. __15-11350 HRT__
                                          ,
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2014** | | | | | |
| **Adams County Treasurer** 4430 South Adams County Parkway Suite C2436 Brighton, CO 80601 | | - | **Tax lien** **Land at 1950 Tower Road, Aurora, CO 80011** | | | | | |
| | | | Value $          **160,000.00** | | | | **725.68** | **0.00** |
| Account No. | | | **First Deed of Trust** | | | | | |
| **Chase** POB 78420 Phoenix, AZ 85062-8420 | X | - | **Residence at 18142 E. Adriatic Place, Aurora, CO 80013** | | | | | |
| | | | Value $          **285,000.00** | | | | **161,036.24** | **0.00** |
| Account No. | | | **2010** | | | | | |
| **JPMorgan Chase Bank NA** 50 S. Main Street 9th Floor OH2-AK04 Akron, OH 44308-1828 | | - | **First Deed of Trust** **Land at 1950 Tower Road, Aurora, CO 80011** | | | | | |
| | | | Value $          **160,000.00** | | | | **2,262,617.15** | **2,103,342.83** |
| Account No. | | | **First Lien** | | | | | |
| **Wells Fargo Dealer Services** PO Box 25341 Santa Ana, CA 92799-5341 | | - | **2008 Mercedes Benz** | | | | | |
| | | | Value $          **15,000.00** | | | | **11,802.46** | **0.00** |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **2,436,181.53** | **2,103,342.83** |
| Total (Report on Summary of Schedules) | **2,436,181.53** | **2,103,342.83** |

B6E (Official Form 6E) (4/13)

.

In re  **Jaime Antonio Cueva**                                                    ,     Case No.   **15-11350 HRT**
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  __Jaime Antonio Cueva_____,   Case No. ___15-11350 HRT_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| 7 Up Bottling Co. PO Box 504550 Saint Louis, MO 63150 | - | | | | | | | X | |
| | | | | | | | | | 18,632.75 |
| Account No. | | | | | Trade debt | | | | |
| Affordable Fire & Safety 9457 S. University Blvd. #182 Littleton, CO 80126 | - | | | | | | | X | |
| | | | | | | | | | 153.00 |
| Account No. | | | | | Trade debt | | | | |
| Allied Fire Protection 1888 S. Jackson Denver, CO 80210 | - | | | | | | | X | |
| | | | | | | | | | 669.28 |
| Account No. | | | | | Trade Debt | | | | |
| American Paper Plastic Converting 6140 E. 49th Ave. Commerce City, CO 80022 | - | | | | | | | X | |
| | | | | | | | | | 35,123.10 |

| | | |
|---|---|---|
| __21__  continuation sheets attached | Subtotal (Total of this page) | 54,578.13 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jaime Antonio Cueva**                                              ,      Case No.    **15-11350 HRT**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.                        Trade debt | | - | | | | | X | |
| **Anderson Boneless Beef** 909 E. 75th Ave. Denver, CO 80229 | | | | | | | | 3,586.98 |
| Account No.                        Trade Debt | | - | | | | | X | |
| **Aspen Paper & Plastic Corp.** 2460 Airport Blvd. Unit 200 Aurora, CO 80011 | | | | | | | | 9,759.16 |
| Account No.                        Trade Debt | | - | | | | | X | |
| **AV Distributing, Inc.** 1299 Brentwood Way Denver, CO 80232 | | | | | | | | 116,361.37 |
| Account No.                        Trade debt | X | - | | | | | | |
| **Bakemark** PO Box 1027 Menomonee Falls, WI 53052 | | | | | | | | 92,544.49 |
| Account No.                        Trade debt | | - | | | | | X | |
| **Big Family Foods, Inc.** 3390 Peoria St., Unit 302 Aurora, CO 80010 | | | | | | | | 2,662.57 |

Sheet no. __1__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    224,914.57

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jaime Antonio Cueva** ,                          Case No.   **15-11350 HRT**
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **BK Plumbing** **12001 E. 33rd Ave. N** **Aurora, CO 80010** | | - | | | | | X | 1,610.00 |
| Account No. | | | | Trade debt | | | | |
| **Blocker, John** **353 S. 20th Ave.** **Brighton, CO 80601** | | - | | | | | X | 274.00 |
| Account No. | | | | Trade debt | | | | |
| **Boulder Natural Meats** **PO Box 16005** **Denver, CO 80216** | | - | | | | | X | 2,861.01 |
| Account No. | | | | Trade debt | | | | |
| **Brant Ward Family Trust** **c/o Richard Strauss** **950 S. Cherry St., Ste. 300** **Denver, CO 80246** | X | - | | | | | | 8,600.00 |
| Account No. | | | | Trade debt | | | | |
| **Brinks Incorporated** **File No. 52005** **Los Angeles, CA 90074** | X | - | | | | | | 4,184.80 |

Sheet no. __2__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **17,529.81**

B6F (Official Form 6F) (12/07) - Cont.

In re __Jaime Antonio Cueva__ ,    Case No. __15-11350 HRT__
_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Brush Locker** <br> **128 S. Clayton** <br> **Brush, CO 80723** | | - | | Trade debt | | | X | 4,800.73 |
| Account No. <br><br> **Campesino/ Colo Ranchers Dairy** <br> **10705 E. 51st Ave.** <br> **Denver, CO 80239** | X | - | | Trade debt | | | | 104,915.91 |
| Account No. <br><br> **Capital One Bank** <br> **POB 60599** <br> **City of Industry, CA 91716-0599** | | - | | 2014 <br> Credit card purchases | | | | 464.07 |
| Account No. <br><br> **Cargill, Inc.** <br> **PO Box 749481** <br> **Los Angeles, CA 90074** | X | - | | Trade debt | | | | 18,074.91 |
| Account No. **1016** <br><br> **Chase Bank N.A.** <br> **PO Box 78039** <br> **Phoenix, AZ 85062-8039** | X | - | | Notice | | | X | 0.00 |

Sheet no. __3__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**128,255.62**

B6F (Official Form 6F) (12/07) - Cont.

In re   __Jaime Antonio Cueva_____,          Case No. __15-11350 HRT__
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Cintas The Uniform People Cintas Corporation #66 PO Box 88005 Chicago, IL 60680 | X | - | | | | | | 34,557.66 |
| Account No. | | | | Trade debt | | | | |
| City of Westminster PO Box 17040 Denver, CO 80217 | X | - | | | | | | 1,474.58 |
| Account No. | | | | Trade debt | | | | |
| Coca-Cola 75 Remittance Drive, Ste. 1215 Chicago, IL 60675 | X | - | | | | | | 12,117.23 |
| Account No. | | | | Trade debt | | | | |
| Complete Fire Protection, Inc. 2111 S. Jason Street Denver, CO 80223 | | - | | | | | X | 420.00 |
| Account No. | | | | Trade debt | | | | |
| D Lunas Dist., LLC PO Box 21121 Denver, CO 80221 | | - | | | | | X | 1,456.00 |

Sheet no. __4___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          50,025.47

B6F (Official Form 6F) (12/07) - Cont.

In re   __Jaime Antonio Cueva_____,        Case No. ___15-11350 HRT_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Dawn Food Products, Inc. PO Box 204347 Dallas, TX 75320 | X | - | | | | | | 137,206.51 |
| Account No. | | | | Trade debt | | | | |
| De La Casa 22841 E Bellview Ln. Aurora, CO 80015 | | - | | | | | X | 7,617.63 |
| Account No. | | | | Trade debt | | | | |
| DeLa Cruz, Jesus 4901 Jasper St. Denver, CO 80239 | | - | | | | | X | 11,286.15 |
| Account No. | | | | Trade debt | | | | |
| Denver Syrup and Bar Supply 353 W. 56th Ave. Denver, CO 80216 | | - | | | | | X | 40.75 |
| Account No. | | | | Trade debt | | | | |
| Distribuidora Santa Crus 7155 2nd Ave. Denver, CO 80226 | | - | | | | | X | 7,578.27 |

Sheet no. __5___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          163,729.31

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jaime Antonio Cueva**                                    ,     Case No.    **15-11350 HRT**
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| E&J International Trading 15360 Allen St. Paramount, CA 90723 | | - | | | | | X | 7,829.80 |
| Account No. | | | | Trade debt | | | | |
| El Valle Foods, LLC 2525 S. Blue Island, Ste. 106 Chicago, IL 60608 | X | - | | | | | | 369.59 |
| Account No. | | | | Trade debt | | | | |
| Es Mi Tiempo 215 S. Pecos St. Denver, CO 80223 | | - | | | | | X | 3,996.00 |
| Account No. | | | | Trade debt | | | | |
| Estrada & Associates 22 Starling Dr. Pueblo, CO 81005 | | - | | | | | X | 2,700.00 |
| Account No. | | | | Trade debt | | | | |
| Fabrica De La Corona S.A.de Great Southwest Sales PO Box 53254 Lubbock, TX 79453 | | - | | | | | X | 15,066.00 |

Sheet no. __6__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **29,961.39**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jaime Antonio Cueva**                                              ,        Case No.   **15-11350 HRT**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **MP-6** <br><br> **Festival Plaza** <br> **3220 W. Colfax Ave.** <br> **Denver, CO 80204** | X | - | | Landlord-MP6 | | | | 343,256.84 |
| Account No. <br><br> **Fiesta Frozen Drinks** <br> **PO Box 370124** <br> **Denver, CO 80237** | | - | | Trade debt | | | X | 176.00 |
| Account No. <br><br> **Fiesta Mex** <br> **1246 E. Olympic Blvd.** <br> **Los Angeles, CA 90021** | | - | | Trade debt | | | X | 2,500.00 |
| Account No. <br><br> **Financial Scientifics, LLC** <br> **OR Arturo Ayala** <br> **7432 E Bates Dr.** <br> **Denver, CO 80231** | | - | | Trade debt | | | X | 2,042.50 |
| Account No. <br><br> **Forwardline** <br> **21700 Oxnard Blvd., Ste. 1450** <br> **Woodland Hills, CA 91367** | X | - | | Trade debt | | | | 132,959.47 |

Sheet no. __7___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **480,934.81**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jaime Antonio Cueva**                                    ,                  Case No.   **15-11350 HRT**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x21-CU** | | | | Current Landlord-Office | | | | |
| **Freund Investments 15460 E. Batavia Dr. Aurora, CO 80011** | X | - | | | | | | 850.00 |
| Account No. **xx5A-CU** | | | | Landlord-MP1 | | | | |
| **Freund Investments 15460 E. Batavia Dr. Aurora, CO 80011** | X | - | | | | | | 14,800.00 |
| Account No. | | | | Trade debt | | | | |
| **Frito Lay 75 Remittance Drove, Ste. 1217 Chicago, IL 60675** | X | - | | | | | | 52,821.65 |
| Account No. | | | | 2014 Credit card purchases | | | | |
| **Frontier Airlines Card Services POB 13337 Philadelphia, PA 19101-3337** | | - | | | | | | 648.36 |
| Account No. | | | | Trade debt | | | | |
| **Frosty Freeze 913 S. Sierra Madre St. Colorado Springs, CO 80903** | X | - | | | | | | 18,064.37 |

Sheet no. __8__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                87,184.38

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Jaime Antonio Cueva_____,    Case No. __15-11350 HRT_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Fruitmex, LLC 125 N. Stevens St. El Paso, TX 79905 | X | - | | | | | | 154,189.42 |
| Account No. | | | | Trade debt | | | | |
| G&I Seafood Wholesale 648 Stanford Ave. Los Angeles, CA 90021 | X | - | | | | | | 57,218.15 |
| Account No. | | | | 2007 Business guaranty | | | | |
| GE Transportation Finance PO Box 822108 Philadelphia, PA 19182 | X | - | | | | | | 1,071.00 |
| Account No. | | | | Notice | | | | |
| Gonzalez, Juan Torres 13785 Potomac Street Brighton, CO 80601 | | - | | | | | X | 0.00 |
| Account No. | | | | Trade debt | | | | |
| Grande Produce Ltd. Co. 109 W. Dicker Rd. San Juan, TX 78589 | X | - | | | | | | 65,151.25 |

| Sheet no. __9___ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 277,629.82 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jaime Antonio Cueva**                                    ,        Case No.   **15-11350 HRT**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Guzmamex Products, LLC. PO Box 142 Aurora, CO 80040 | X | - | | | | | | 2,136.75 |
| Account No. | | | | Business guaranty | | | | |
| Harvest Meat Company 4475 E. 50th Ave. Denver, CO 80216 | X | - | | | | | | 479,478.30 |
| Account No. | | | | Trade debt | | | | |
| Higueral Produce, Inc. 6500 S. 23 St. McAllen, TX | X | - | | | | | | 2,925.00 |
| Account No. | | | | Trade debt | | | | |
| Hispanic Chamber of Commerce 924 W. Colfax Ave., Ste. 201 Denver, CO 80204 | | - | | | | | X | 1,000.00 |
| Account No. | | | | Trade debt | | | | |
| JM Distributor, Inc. 4308 Freeport Way Denver, CO 80239 | | - | | | | | X | 1,842.93 |

Sheet no. __10__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    487,382.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jaime Antonio Cueva**                                                    ,          Case No.  __15-11350 HRT__
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Trade debt | | | X | |
| JMH Distributing Co. 32789 Starlight Ave. Wildomar, CA 92595 | | | | | | | | 1,969.90 |
| Account No. | | - | | Trade debt | | | X | |
| La Aldea Distributors, Inc. 215 N Loop 1604 E #17306 San Antonio, TX 78232 | | | | | | | | 3,967.48 |
| Account No. | | - | | Trade debt | | | X | |
| La Bonita 11270 W. 80th Ave. Arvada, CO 80005 | | | | | | | | 1,382.54 |
| Account No. | | - | | Trade debt | | | X | |
| Latino Drain 10764 Kalamath St. Denver, CO 80234 | | | | | | | | 510.00 |
| Account No. | X | - | | Trade debt | | | | |
| LEJ Properties 11400 W. Olympic Blvd., Ste. 330 Los Angeles, CA 90064 | | | | | | | | 28,831.53 |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    36,661.45

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jaime Antonio Cueva** _____,      Case No. ___**15-11350 HRT**___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Los Dos Hermanos 2949 W. Alameda Ave. Littleton, CO 80129 | | - | | | | | X | 2,501.75 |
| Account No. | | | | Trade debt | | | | |
| Marquez Brothers International, Inc. 2250 N. Airport Blvd., Ste. F Aurora, CO 80011 | X | - | | | | | | 30,616.63 |
| Account No. | | | | Trade debt | | | | |
| Meadow Gold Dairies PO Box 710962 Denver, CO 80271 | X | - | | | | | | 147,510.63 |
| Account No. | | | | Trade debt | | | | |
| Meat Specialty of Colorado, Inc. 8001 E. 88th Ave., Ste. E Henderson, CO 80640 | X | - | | | | | | 14,660.33 |
| Account No. | | | | Trade debt | | | | |
| Mexco, LLC PO Box 1475 Addison, TX 75001 | | - | | | | | X | 4,247.78 |

Sheet no. __**12**__ of __**21**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **199,537.12**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jaime Antonio Cueva**                                           ,        Case No.    **15-11350 HRT**
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| MexHass, LLC 2121 S. Oneida St., Suite 460 Denver, CO 80224 | X | - | | | | | 320.00 |
| Account No. | | | Trade debt | | | | |
| Mission Foods PO Box 843793 Dallas, TX 75284 | X | - | | | | | 13,661.50 |
| Account No. | | | Trade debt | | | | |
| Mojave Foods Corp. - El Guapo 2341 Collections Center Drive Chicago, IL 60693 | X | - | | | | | 125,783.51 |
| Account No. | | | Landlord | | | | |
| MP-8-Cagan Mgmt. c/o Banco Popular 16554 Cagan Crossings Blvd. #4 Clermont, FL 34714 | X | - | | | | | 173,923.26 |
| Account No. | | | Trade debt | | | | |
| Mundo Mercadus, LLC 600 17th Street, Suite 2800 Denver, CO 80202 | | - | | | | X | 689.96 |

Sheet no. __13__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **314,378.23**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jaime Antonio Cueva** _____,   Case No.   **15-11350 HRT**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice | | | | |
| **Padilla & Padilla PLLC** <br> **1753 Lafayette Street** <br> **Denver, CO 80218** | X | - | | | | | 0.00 |
| Account No. | | | Trade debt | | | | |
| **Party Bake Insighters** <br> **10956 Klingerman Ave.** <br> **South El Monte, CA 91733** | X | - | | | | | 8,375.90 |
| Account No. | | | Trade debt | | | | |
| **Pepsi Bottling Group** <br> **3801 Brighton Blvd.** | X | - | | | | | 41,964.79 |
| Account No. | | | Trade debt | | | | |
| **Performance Air-Refrigeration & Air** <br> **1360 W. Cedar Ave.** <br> **Denver, CO 80223** | X | - | | | | | 17,831.03 |
| Account No. | | | Trade debt | | | | |
| **Pinnacol Assurance** <br> **PO Box 561434** <br> **Denver, CO 80256** | X | - | | | | | 15,590.00 |

Sheet no. __14__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

83,761.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jaime Antonio Cueva** _____ ,   Case No. ___**15-11350 HRT**___

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Presto-X PO Box 14087 Reading, PA 19612 | | - | | | | | X | 1,138.15 |
| Account No. | | | | Trade debt | | | | |
| Produce Marketing Group 7341 Ivy St. Commerce City, CO 80022 | | - | | | | | X | 3,464.00 |
| Account No. | | | | Trade debt | | | | |
| Publication Printer 2001 S. Platte River Dr. Denver, CO 80223 | | - | | | | | X | 15,735.14 |
| Account No. | | | | Trade debt | | | | |
| R&D Marketing, LLC Department R 15 PO Box 830525 Birmingham, AL 35283 | | - | | | | | X | 4,080.00 |
| Account No. | | | | Trade debt | | | | |
| Red Bull Dist. Company 3975 Monaco Parkway, Unit A Denver, CO 80207 | | - | | | | | X | 8,939.87 |

Sheet no. __**15**__ of __**21**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **33,357.16**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jaime Antonio Cueva**                                    ,          Case No. ___**15-11350 HRT**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Trade debt | | | | |
| Reddy Ice PO Box 730505 Dallas, TX 75231 | | | | | | | X | |
| | | | | | | | | 17,677.50 |
| Account No. | | | - | Trade debt | | | | |
| Retail Data Systems Colorado 4845 Oakland St. Denver, CO 80239 | X | | | | | | | |
| | | | | | | | | 592.00 |
| Account No. | | | - | Trade debt | | | | |
| Rocky Mountain Lift Truck Service PO Box 5701 Denver, CO 80217 | | | | | | | X | |
| | | | | | | | | 270.00 |
| Account No. | | | - | Trade debt | | | | |
| Rocky Mountain Merchant Services 3333 Warrenville Road, Ste. 223 Lisle, IL 60532 | | | | | | | X | |
| | | | | | | | | 676.80 |
| Account No. | | | - | Notice | | | | |
| Ryan, Gunsauls & O'Donnell, LLC 5590 E Yale Ave., Ste. 201 Denver, CO 80222 | | | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __16__ of __21__ sheets attached to Schedule of          Subtotal          | 19,216.30 |
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jaime Antonio Cueva**                                          ,        Case No.   **15-11350 HRT**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business guaranty | | | | |
| Safeway, Inc. 4834 Collections Center Drvie Chicago, IL 60693 | X | - | | | | | | 552,299.07 |
| Account No. | | | | Trade debt | | | | |
| Select Fresh Produce, Inc. 1215 E 8th St. Los Angeles, CA 90021 | | - | | | | | X | 40,146.00 |
| Account No. | | | | Trade debt | | | | |
| Selecto, LLC 4969 Colorado Blvd. Denver, CO 80216 | X | - | | | | | | 185.00 |
| Account No. | | | | Trade debt | | | | |
| Sentry Fire & Safety 1294 South Inca Denver, CO 80223 | | - | | | | | X | 326.18 |
| Account No. | | | | Trade debt | | | | |
| Shanghai Land Invetment/Festival Carrie Gruntorad 3220 Colfax Ave. Denver, CO 80204 | X | - | | | | | | 236,743.07 |

Sheet no. __17__ of __21__ sheets attached to Schedule of                                Subtotal
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)        829,699.32

B6F (Official Form 6F) (12/07) - Cont.

In re   __Jaime Antonio Cueva_____,     Case No.   __15-11350 HRT_____
                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Trade debt | | | X | |
| Solorzano, Marta D PO Box 26987 Los Angeles, CA 90026 | | | | | | | 1,175.00 |
| Account No. | X | - | Trade debt | | | | |
| Sunrise Partners, LLC 4949 N. Broadway #105 Boulder, CO 80304 | | | | | | | 10,448.41 |
| Account No. MP2 | X | - | Landlord-MP2 | | | | |
| Sunrise Partners, LLC 4949 N. Broadway #105 Boulder, CO 80304 | | | | | | | 119,171.89 |
| Account No. | | - | Trade debt | | | X | |
| Sunwest Services 7307 W. 64th Ave. Arvada, CO 80003 | | | | | | | 7,136.10 |
| Account No. | X | - | Trade debt | | | | |
| Tijuana's Produce, Inc. PO Box 21413 Los Angeles, CA 90021 | | | | | | | 92,632.22 |

Sheet no. __18__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

230,563.62

B6F (Official Form 6F) (12/07) - Cont.

In re     **Jaime Antonio Cueva**                                              ,        Case No.     **15-11350 HRT**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Tonali Imports PO Box 71 Yorba Linda, CA 92885** | X | - | | | | | **4,000.00** |
| Account No. | | | Trade debt | | | | |
| **Tortillas Caseras 110 S. Federal, Unit D Denver, CO 80219** | | - | | | | X | **3,866.60** |
| Account No. | | | Trade debt | | | | |
| **Tortillas Mexico, Inc. 840 W. 11th Ave. Denver, CO 80204** | X | - | | | | | **43,913.87** |
| Account No. | | | Trade debt | | | | |
| **Tortilleria Colorado 2050 W Mississippi Ave. Denver, CO 80223** | X | - | | | | | **43,442.68** |
| Account No. | | | Trade debt | | | | |
| **Tortilleria Cuauhtemoc 3133 Peoria St. #207G Aurora, CO 80010** | X | - | | | | | **5,029.38** |

Sheet no. __19__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **100,252.53**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jaime Antonio Cueva**                                    ,        Case No.   **15-11350 HRT**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  |  |  | Trade debt |  |  |  |  |
| **Transworks** 2620 South Adams St. Denver, CO 80210 |  | - |  |  |  | X |  |
|  |  |  |  |  |  |  | 1,100.00 |
| Account No.  |  |  | Trade debt |  |  |  |  |
| **Tucci Fresh Produce** 850 E. 50th Ave., Unit A Denver, CO 80216 |  | - |  |  |  | X |  |
|  |  |  |  |  |  |  | 12,133.00 |
| Account No.  |  |  | Trade debt |  |  |  |  |
| **Tyco Interated Security** PO Box 371967 Pittsburgh, PA 15250 |  | - |  |  |  | X |  |
|  |  |  |  |  |  |  | 648.72 |
| Account No.  |  |  | Trade debt |  |  |  |  |
| **United Power** PO Box 810535 Denver, CO 80281 |  | - |  |  |  | X |  |
|  |  |  |  |  |  |  | 5,521.00 |
| Account No.  |  |  | Trade debt |  |  |  |  |
| **Velarde Pecans Corp.** 3800 Montana Ave. |  | - |  |  |  | X |  |
|  |  |  |  |  |  |  | 1,290.00 |

Sheet no. __20__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,692.72

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Jaime Antonio Cueva__ ,                              Case No. __15-11350 HRT__
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business guaranty | | | | |
| Vend Lease Company 8100 Sandpiper Circle, Ste. 300 Nottingham, MD 21236 | X | - | | | | | | 139,779.00 |
| Account No. | | | | Trade debt | | | | |
| Voortman Cookies Limited PO Box 4562 Buffalo, NY 14240 | | - | | | | | X | 4,040.58 |
| Account No. | | | | Trade debt | | | | |
| Wisconsin Cheese Group 25194 Network Place Chicago, IL 60673 | | - | | | | | X | 1,536.00 |
| Account No. | | | | Trade debt | | | | |
| X Press Manufacturing 271 FM 306 New Braunfels, TX 78130 | | - | | | | | X | 514.28 |
| Account No. | | | | Trade debt | | | | |
| Xcel Energy PO Box 9477 Minneapolis, MN 55484 | X | - | | | | | | 18,933.81 |

Sheet no. __21__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 164,803.67 |
| Total (Report on Summary of Schedules) | | 4,035,050.13 |

B6G (Official Form 6G) (12/07)

In re    **Jaime Antonio Cueva**                        ,      Case No.    **15-11350 HRT**
                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

**0**     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Jaime Antonio Cueva**                               ,      Case No.    **15-11350 HRT**

                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daneen Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Chase**<br>**POB 78420**<br>**Phoenix, AZ 85062-8420** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Bakemark**<br>**PO Box 1027**<br>**Menomonee Falls, WI 53052** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Brant Ward Family Trust**<br>**c/o Richard Strauss**<br>**950 S. Cherry St., Ste. 300**<br>**Denver, CO 80246** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Brinks Incorporated**<br>**File No. 52005**<br>**Los Angeles, CA 90074** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Campesino/ Colo Ranchers Dairy**<br>**10705 E. 51st Ave.**<br>**Denver, CO 80239** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Cargill, Inc.**<br>**PO Box 749481**<br>**Los Angeles, CA 90074** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Chase Bank N.A.**<br>**PO Box 78039**<br>**Phoenix, AZ 85062-8039** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Cintas The Uniform People**<br>**Cintas Corporation #66**<br>**PO Box 88005**<br>**Chicago, IL 60680** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **City of Westminster**<br>**PO Box 17040**<br>**Denver, CO 80217** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Coca-Cola**<br>**75 Remittance Drive, Ste. 1215**<br>**Chicago, IL 60675** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Dawn Food Products, Inc.**<br>**PO Box 204347**<br>**Dallas, TX 75320** |

**4**
_____ continuation sheets attached to Schedule of Codebtors

In re   __Jaime Antonio Cueva_____,   Case No. __15-11350 HRT_____

                                                       Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **El Valle Foods, LLC**<br>**2525 S. Blue Island, Ste. 106**<br>**Chicago, IL 60608** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Festival Plaza**<br>**3220 W. Colfax Ave.**<br>**Denver, CO 80204** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Forwardline**<br>**21700 Oxnard Blvd., Ste. 1450**<br>**Woodland Hills, CA 91367** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Freund Investments**<br>**15460 E. Batavia Dr.**<br>**Aurora, CO 80011** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Freund Investments**<br>**15460 E. Batavia Dr.**<br>**Aurora, CO 80011** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Frito Lay**<br>**75 Remittance Drive, Ste. 1217**<br>**Chicago, IL 60675** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Frosty Freeze**<br>**913 S. Sierra Madre St.**<br>**Colorado Springs, CO 80903** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Fruitmex, LLC**<br>**125 N. Stevens St.**<br>**El Paso, TX 79905** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **G&I Seafood Wholesale**<br>**648 Stanford Ave.**<br>**Los Angeles, CA 90021** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Grande Produce Ltd. Co.**<br>**109 W. Dicker Rd.**<br>**San Juan, TX 78589** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Guzmamex Products, LLC.**<br>**PO Box 142**<br>**Aurora, CO 80040** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Higueral Produce, Inc.**<br>**6500 S. 23 St.**<br>**McAllen, TX** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **LEJ Properties**<br>**11400 W. Olympic Blvd., Ste. 330**<br>**Los Angeles, CA 90064** |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Codebtors

In re    **Jaime Antonio Cueva**                                                    Case No.   **15-11350 HRT**
,
                                             Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Marquez Brothers International, Inc.**<br>**2250 N. Airport Blvd., Ste. F**<br>**Aurora, CO 80011** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Meadow Gold Dairies**<br>**PO Box 710962**<br>**Denver, CO 80271** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Meat Specialty of Colorado, Inc.**<br>**8001 E. 88th Ave., Ste. E**<br>**Henderson, CO 80640** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **MexHass, LLC**<br>**2121 S. Oneida St., Suite 460**<br>**Denver, CO 80224** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Mission Foods**<br>**PO Box 843793**<br>**Dallas, TX 75284** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Mojave Foods Corp. - El Guapo**<br>**2341 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **MP-8-Cagan Mgmt. c/o Banco Popular**<br>**16554 Cagan Crossings Blvd. #4**<br>**Clermont, FL 34714** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Padilla & Padilla PLLC**<br>**1753 Lafayette Street**<br>**Denver, CO 80218** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Party Bake Insighters**<br>**10956 Klingerman Ave.**<br>**South El Monte, CA 91733** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Pepsi Bottling Group**<br>**3801 Brighton Blvd.** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Performance Air-Refrigeration & Air**<br>**1360 W. Cedar Ave.**<br>**Denver, CO 80223** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Pinnacol Assurance**<br>**PO Box 561434**<br>**Denver, CO 80256** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Retail Data Systems Colorado**<br>**4845 Oakland St.**<br>**Denver, CO 80239** |

Sheet   **2**   of   **4**   continuation sheets attached to the Schedule of Codebtors

In re   __Jaime Antonio Cueva_____,   Case No.   __15-11350 HRT_____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Selecto, LLC**<br>**4969 Colorado Blvd.**<br>**Denver, CO 80216** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Shanghai Land Invetment/Festival**<br>**Carrie Gruntorad**<br>**3220 Colfax Ave.**<br>**Denver, CO 80204** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Sunrise Partners, LLC**<br>**4949 N. Broadway #105**<br>**Boulder, CO 80304** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Sunrise Partners, LLC**<br>**4949 N. Broadway #105**<br>**Boulder, CO 80304** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Tijuana's Produce, Inc.**<br>**PO Box 21413**<br>**Los Angeles, CA 90021** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Tonali Imports**<br>**PO Box 71**<br>**Yorba Linda, CA 92885** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Tortillas Mexico, Inc.**<br>**840 W. 11th Ave.**<br>**Denver, CO 80204** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Tortilleria Colorado**<br>**2050 W Mississippi Ave.**<br>**Denver, CO 80223** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Tortilleria Cuauhtemoc**<br>**3133 Peoria St. #207G**<br>**Aurora, CO 80010** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Xcel Energy**<br>**PO Box 9477**<br>**Minneapolis, MN 55484** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Safeway, Inc.**<br>**4834 Collections Center Drvie**<br>**Chicago, IL 60693** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Vend Lease Company**<br>**8100 Sandpiper Circle, Ste. 300**<br>**Nottingham, MD 21236** |
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **GE Transportation Finance**<br>**PO Box 822108**<br>**Philadelphia, PA 19182** |

Sheet   __3__   of   __4__   continuation sheets attached to the Schedule of Codebtors

In re      **Jaime Antonio Cueva**                                    ,          Case No.      **15-11350 HRT**

                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mi Pueblo Latin Market, Inc.**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Harvest Meat Company**<br>**4475 E. 50th Ave.**<br>**Denver, CO 80216** |

Sheet    **4**    of    **4**    continuation sheets attached to the Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jaime Antonio Cueva** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (If known) | **15-11350 HRT** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form B 6I
# Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | Occupation | **50% Owner** | **50% Owner** |
| | Employer's name | **Mi Pueblo Latin Market** | **Mi Pueblo Latin Market** |
| | Employer's address | **15421 E. Batavia Dr.**<br>**Aurora, CO 80011** | **15421 E. Batavia Dr.**<br>**Aurora, CO 80011** |
| | How long employed there? | **15 years** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $  **10,000.00** | $  **10,000.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$  **0.00** | +$  **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $  **10,000.00** | $  **10,000.00** |

Debtor 1  **Jaime Antonio Cueva**                                      Case number (*if known*)  **15-11350 HRT**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | 4. | $ | 10,000.00 | $ 10,000.00 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 2,313.00 | $ 2,313.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. $ | 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. $ | 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ $ | 0.00 | + $ 0.00 |

**6.** Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 2,313.00   $ 2,313.00

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ 7,687.00   $ 7,687.00

**8.** List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ 0.00   $ 0.00

8b. **Interest and dividends**   8b. $ 0.00   $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ 0.00   $ 0.00

8d. **Unemployment compensation**   8d. $ 0.00   $ 0.00

8e. **Social Security**   8e. $ 0.00   $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:   8f. $ 0.00   $ 0.00

8g. **Pension or retirement income**   8g. $ 0.00   $ 0.00

8h. **Other monthly income. Specify:**   8h.+ $ 0.00   + $ 0.00

**9.** Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ 0.00

**10.** Calculate monthly income. Add line 7 + line 9.   10.   $ 7,687.00   + $ 7,687.00   = $ 15,374.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:   11.   +$ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 15,374.00
**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1          **Jaime Antonio Cueva**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number    **15-11350 HRT**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses                                              12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **13** | ☐ No  ■ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)**

|  | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4. $ _____ 1,419.36

   If not included in line 4:

   4a.  Real estate taxes                                              4a. $ _____ 0.00
   4b.  Property, homeowner's, or renter's insurance                   4b. $ _____ 0.00
   4c.  Home maintenance, repair, and upkeep expenses                  4c. $ _____ 0.00
   4d.  Homeowner's association or condominium dues                    4d. $ _____ 62.00
5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ _____ 0.00

Debtor 1   **Jaime Antonio Cueva**                                    Case number (if known)   **15-11350 HRT**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. $ | **195.00** |
| | 6b.  Water, sewer, garbage collection | 6b. $ | **0.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **280.00** |
| | 6d.  Other. Specify:   **House and yard repairs** | 6d. $ | **250.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **2,000.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **10.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **1,000.00** |
| 10. | **Personal care products and services** | 10. $ | **200.00** |
| 11. | **Medical and dental expenses** | 11. $ | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **800.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **500.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **450.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | **595.00** |
| | 15b.  Health insurance | 15b. $ | **1,149.00** |
| | 15c.  Vehicle insurance | 15c. $ | **1,051.00** |
| | 15d.  Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | **674.37** |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | **736.99** |
| | 17c.  Other. Specify: | 17c. $ | **0.00** |
| | 17d.  Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a. $ | **0.00** |
| | 20b.  Real estate taxes | 20b. $ | **0.00** |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:   **Haircare** | 21.  +$ | **75.00** |
| | **Pet costs** | +$ | **75.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22.  $ | **11,622.72** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **15,374.00** |
| | 23b.  Copy your monthly expenses from line 22 above. | 23b. -$ | **11,622.72** |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **3,751.28** |

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Colorado

In re    **Jaime Antonio Cueva**        Case No.   **15-11350 HRT**

Debtor(s)      Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **41**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March  1, 2015**          Signature    **/s/ Jaime Antonio Cueva**

                                     **Jaime Antonio Cueva**
                                     Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jaime Antonio Cueva** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Colorado |
| Case number (if known) | **15-11350 HRT** |

☐ Check if this is an amended filing

## Official Form 22B
## Chapter 11 Statement of Your Current Monthly Income                      12/14

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

**Part 1:   Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $   **10,000.00** | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $   **0.00** | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $   **0.00** | $ _____ |
| 5. | **Net income from operating a business, profession, or farm** | | |

5. Gross receipts (before all deductions) $ 0.00
   Ordinary and necessary operating expenses -$ 0.00
   Net monthly income from a business, profession, or farm $ 0.00 **Copy here ->** $ **0.00** $ _____

6. **Net income from rental and other real property**
   Gross receipts (before all deductions) $ 0.00
   Ordinary and necessary operating expenses -$ 0.00
   Net monthly income from rental or other real property $ 0.00 **Copy here ->** $ **0.00** $ _____

Debtor 1   **Jaime Antonio Cueva**                              Case number (if known)   **15-11350 HRT**

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. | **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ | 0.00 |
|---|---|---|
| For your spouse | $ | |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.        $ 0.00        $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| 10a. | | $ | $ |
|---|---|---|---|
| 10b. | | $ 0.00 | $ |
| 10c. | Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ **10,000.00** + $ _____ = $ **10,000.00**

Total current monthly income

---

**Part 2:**   **Deduct any applicable marital adjustment**

12. **Copy your total average monthly income from Line 11.**        $ **10,000.00**

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 in line 13d.

☐ You are married and your spouse is filing with you. Fill in 0 in line 13d.

☑ You are married and your spouse is NOT filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13 d.

| 13a. | | $ |
|---|---|---|
| 13b. | | $ |
| 13c. | | + $ |

13d. Total        $ _____        Copy here. => 13d. - **0.00**

14. **Your current monthly income.** Subtract line 13d from line 12.        14. $ **10,000.00**

---

Debtor 1   **Jaime Antonio Cueva**                                    Case number (*if known*)   **15-11350 HRT**

| Part 3: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Jaime Antonio Cueva**

**Jaime Antonio Cueva**
Signature of Debtor 1

Date **March  1, 2015**
MM / DD  / YYYY